VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　Plaintiff,<br><br>　vs.<br><br>PICKLE UNLIMITED LLC, a California limited liability company dba STP BAR-N-GRILL; THE SHOPS AT MADISON PLACE, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>　　Defendants. | Case No.: 3:23-cv-02196-JES-KSC<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff SCOTT SCHUTZA hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10  DATED:  March 6, 2024                              VALENTI LAW APC

12                                                    By:  */s/ Matt Valenti*

13                                                         Matt Valenti, Esq.
14                                                         Attorney for Plaintiff

NOTICE OF SETTLEMENT - 2