Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>            Plaintiff,<br><br>    vs.<br><br>PICKLE UNLIMITED LLC, a California limited liability company dba STP BAR-N-GRILL; THE SHOPS AT MADISON PLACE, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>            Defendants. | Case No.: 3:23-cv-02196-JES-KSC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

| | |
|---|---|
| 1 | **NOTICE OF VOLUNTARY DISMISSAL** |
| 2 | |
| 3 | Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Scott |
| 4 | Schutza voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each |
| 5 | party to bear his/her/its own attorneys' fees and costs. The case has been settled. |
| 6 | |
| 7 | Respectfully submitted, |

DATED:  April 3, 2024                              VALENTI LAW APC


                                          By:  */s/ Matt Valenti*
                                               Matt Valenti, Esq.
                                               Attorney for Plaintiff